NH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ayman Mohamed Saad Ahmed Abouelghit,<br><br>Petitioner,<br><br>v.<br><br>Pam Bondi, et al.,<br><br>Respondents. | No.   CV-26-00804-PHX-SHD (JZB)<br><br>**ORDER TO SHOW CAUSE** |

Petitioner filed this action under 28 U.S.C. § 2241 challenging their immigration detention and alleging the following. (Doc. 1.)[1] Petitioner is a citizen from Egypt who entered the United States on October 31, 2024. (Doc. 1 at ¶ 6.) Petitioner was detained by Immigration and Customs Enforcement (ICE) the same day and has remained in custody since. (*Id.*) On May 21, 2025, Petitioner was ordered removed and an Immigration Judge granted Petitioner a deferral of removal under the Convention Against Torture. (*Id.* ¶¶ 6, 11.) The Department of Homeland Security waived its right to appeal the decision and the order of removal became final on May 21, 2025. (*Id.* ¶ 11.) Petitioner asserts they have no criminal record and that ICE has been unable to obtain travel documents for their removal to a third country and there are no travel plans to remove Petitioner in the reasonably foreseeable future. (*Id.* ¶¶ 13–14.) Petitioner challenges their present immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), arguing detention is

---

[1] Petitioner also filed an Emergency Motion for Expedited Handling of the Petition. (Doc. 2.) This Motion will be denied as moot.

prolonged and there is no significant probability of removal in the reasonably foreseeable future.

Respondents must show cause why the Petition should not be granted. Any response must be supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury.

**Warnings**

    **A.    Address Changes**

Petitioner must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Petitioner must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

    **B.    Copies**

Petitioner must serve Respondents, or counsel if an appearance has been entered, a copy of every document Petitioner files. Fed. R. Civ. P. 5(a). Each filing must include a certificate stating that a copy of the filing was served. Fed. R. Civ. P. 5(d). Also, Petitioner must submit an additional copy of every filing for use by the Court. LRCiv 5.4. Failure to comply may result in the filing being stricken without further notice to Petitioner.

**IT IS ORDERED:**

(1) Petitioner's Emergency Motion or Request for Expedited Handling (Doc. 2) is **denied as moot**.

(2) The Clerk of Court shall substitute Respondent Fred Figueroa for Respondent "Unknown Party".

(3) The Clerk of Court must serve a copy of the Summons, the Petition (Doc. 1) and this Order upon the United States Attorney for the District of Arizona by certified mail addressed to the civil process clerk at the office of the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure. The Clerk of Court must also send by certified mail a copy of the Summons, the Petition, and this Order to the United States

1 | Attorney General pursuant to Rule 4(i)(1)(B) and to Respondent pursuant to Rule 4(i)(2)
2 | of the Federal Rules of Civil Procedure.
3 |     (4)    The Clerk of Court must immediately transmit by email a copy of this Order
4 | and the Petition to the United States Attorney for the District of Arizona, to the attention
5 | of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at
6 | melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, and Theo Nickerson at
7 | Theo.Nickerson2@usdoj.gov.
8 |     (5)    Respondents must show cause no later than **February 16, 2026**, why the
9 | Petition should not be granted.
10 |     (6)    Petitioner may file a reply no later than **February 23, 2026**.
11 | Dated this 11th day of February, 2026.

                                              Honorable Sharad H. Desai
                                              United States District Judge